IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 23-99** |
| | : | |
| v. | : | |
| | : | |
| **TYQUAN ATKINSON** | : | |

### ORDER

**NOW**, this 2nd day of August, 2023, upon consideration of the Defendant's Motion to Suppress Evidence Obtained During Traffic Stop (Doc. No. 12), the government's response, and after a hearing, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.