# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 23-99** |
| | : | |
| v. | : | |
| | : | |
| **TYQUAN ATKINSON** | : | |

## ORDER

**NOW**, this 2nd day of August, 2023, upon consideration of the Defendant's Motion to Dismiss Indictment (Doc. No. 22) and the government's response, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.